ant Prosecuting Attorney, for the people. *Norman R. Robiner* for appellant. Case below, Court of Appeals No. 29164, order of February 24, 1977.

OCTOBER 26, 1977

PEOPLE v MCINTYRE. (Docket No. 59673.) Request for counsel denied. Herbert McIntyre, *in propria persona,* appellant. Reported below: 74 Mich App 661.

PEOPLE v BENAVIDES. (Docket Nos. 59886–59888.) Request counsel denied. Reuben Benavides, *in propria persona,* appellant. Case below, Court of Appeals Nos. 28839–28841, order of March 17, 1977.

NOVEMBER 3, 1977

*In re* PBB LITIGATION. (Docket No. 60519.) The Michigan Chemical Corporation and Farm Bureau Services, Inc.'s petition for order of superintending control and motion for preliminary implementation order and a response thereto are considered.

The *ultimate* objective of the petition is stated to be to "afford an opportunity to all PBB litigants to have their cases heard and finally concluded by the arbitration process without the delay and cost attendant upon a formal adjudication process". In aid of that objective the petition requests this Court to issue orders which would

"Transfer all pending PBB cases (excluding the *Tacoma* proceedings currently in trial) to a single, specially-designated, judicial officer or court;

"Establish a special arbitration panel composed of a hearing officer and four other members, to be drawn from scientific or specialized fields germane to the issues involved in the PBB cases;

"Establish rules (for schedules, procedures, discovery, evidence and the like) applicable to cases heard by the PBB arbitration panel".

The petition requests this Court, *prior* to the issuance of any other orders, specifically before the issuance of any orders to implement the ultimate objective of the petition, to order an initial hearing. It is hereby ordered that such hearing be held at the Supreme Court hearing room on Thursday, December 8, 1977 at 9:30 a.m.

Any person, agency, or organization who can identify an interest in the outcome of PBB-related litigation may request to be heard at the